

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00530-CR

**EX PARTE** Juan Santos **BECERRA ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 12260CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 17, 2025.

_____
Irene Rios, Justice